

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

May 8, 2024

5th Court Of Appeals Clerk
600 Commerce, 2nd Floor
Dallas, TX 75202
* Delivered Via E-Mail *

District Clerk Dallas County
133 N. Riverfront Blvd., LB 12
Dallas, TX 75207-4300
* Delivered Via E-Mail *

**Re:** Hart, Larry Jean
**CCA No.** PD-0677-22
**Trial Court Case No.** F-1900575-W

**COA No.** 05-19-01394-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Deana Williamson, Clerk

cc:    District Attorney Dallas County (Delivered Via E-Mail)
Presiding Judge 363rd District Court (Delivered Via E-Mail)
Grace E. Shin (Delivered Via E-Mail)
State Prosecuting Attorney (Delivered Via E-Mail)
Ronald  L. Goranson (Delivered Via E-Mail)